UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN KRIS PERKINS,
 Petitioner,

vs.              Case No.: 3:23cv8007/MCR/ZCB

STATE OF FLORIDA,
 Respondent.
                /

## REPORT AND RECOMMENDATION

Petitioner is a pre-trial detainee proceeding pro se in this habeas corpus action. (Doc. 1). On May 5, 2023, the Court determined that Petitioner did not qualify to proceed *in forma pauperis*, and directed him to pay the $5.00 filing fee within thirty days. (Doc. 5). The Court notified Petitioner that his failure to pay the filing fee, or explain his inability to do so, may result in dismissal of this case. (*Id*. at 2).

Petitioner did not pay the filing fee within the time allowed. Therefore, on June 20, 2023, the Court ordered Petitioner to show cause, within thirty days, why the case should not be dismissed for his failure to comply with an order of the Court. (Doc. 6). The time for compliance with the show cause order has expired, and Petitioner has neither responded to the order nor paid the filing fee.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of

1

the Court.  *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

At Pensacola, Florida, this 4th day of August 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**